AO 240 (Rev. 10/03)

# UNITED STATES DISTRICT COURT

__Middle__ District of __Alabama__

RECEIVED
2007 FEB 14 A 9:04

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

William Herbert Villar
245066
Plaintiff

v.

Alabama Department of Corrections, Easterling Correctional Facility Captain Jeffery Knox AL, ET.
Defendant

**APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES AND AFFIDAVIT**

CASE NUMBER: 2:07-CV-134-WKW

I, __William Herbert Villar 245066__ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant     ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?      ☒ Yes     ☐ No     (If "No," go to Part 2)

   If "Yes," state the place of your incarceration __W.C. Holman Correctional Facility__

   Are you employed at the institution? __No__   Do you receive any payment from the institution? __No__

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?     ☐ Yes     ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer. __April 12, 2004  $600.00 WK.__

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☒ | ☐ |
   | f. | Any other sources | ☐ | ☒ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive. __$20,000 $50.00 some months from my sister when she can afford it she is on fixed income.__

AO 240 Reverse (Rev. 10/03)

4.  Do you have **any** cash or checking or savings accounts?    ☐ Yes    ☒ No

    If "Yes," state the total amount. ___N/A___

5.  Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

    If "Yes," describe the property and state its value.

6.  List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

I declare under penalty of perjury that the above information is true and correct.

___February 10, 2007___                ___William Herbert Villar 245066___
        Date                                    Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

ID   YR   NUMBER
(To be completed
by Court Clerk)

# IN FORMA PAUPERIS DECLARATION

United States District Court The Middle District of Alabama
[Insert appropriate court]   Northern Division

William Herbert Villar 245066
(Petitioner)

2:07-CV-134-WKW

vs.
Alabama Dept. of Corrections
Easterling Correctional Facility eT. AL.
(Respondent(s))   Captain Jeffery Knox

## DECLARATION IN SUPPORT OF REQUEST TO PROCEED
## IN FORMA PAUPERIS

I, William Herbert Villar 245066, declare that I am the petitioner in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs, or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief.

1. Are you presently employed?   Yes ___   No ✓

   a. If the answer is "yes", state the amount of your salary or wages per month, and give the name and address of your employer.

   b. If the answer is "no", state the date of last employment and the amount of the salary and wages per month which you received.
   
   — April 1, 2004 Pilot Corp. $800.00 week

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession, or other form of self-employment?
      Yes ___   No ✓

   b. Rent payments, interest, or dividends?
      Yes ___   No ✓

   c. Pensions, annuities, or life insurance payments?
      Yes ___   No ✓

   d. Gifts or inheritances?
      Yes ✓   No ___

   e. Any other sources?
      Yes ___   No ✓

2

If the answer to any of the above is "yes", describe each source of money and state the amount received from each during the past twelve months.

FRom may 31 until Present. (These Are money orders sent To me by my SisTeR.

3. Do you own cash, or do you have money in a checking or savings account?

Yes _____    No __✓__

(Include any funds in prison accounts.)

If the answer is "yes", state the total value of the items owned.

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)?

Yes _____    No __✓__

If the answer is "yes", describe the property and state its approximate value.

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

None, I Am A State inmate

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____
             (Date)

_William Heibet Villa 245066_
Signature of Petitioner

## CERTIFICATE

I hereby certify that the petitioner herein has the sum of $ __0.00__ on account to his credit at the institution where he is confined. I further certify that petitioner likewise has the foregoing securities to his credit according to the records of said ____Holman CF____ institution:

__1/23/07__
DATE

_____
AUTHORIZED OFFICER OF INSTITUTION

Rule 32                                3

```
JAN. 23, 2007              USER: 003SH PMOD CLERK                    INMADB
                         COMPUTE AVERAGE DAILY BALANCE




              ENTER THE INMATE'S AIS NUMBER ===>   245066

        ENTER THE 'AS OF' DATE (CCYYMMDD) ===>   20070123

                                                           At
           NO RECORDS FOUND WITHIN THE LAST 12 MONTHS - Holman CF
                         PRESS ENTER TO CONTINUE
```

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
EASTERLING CORR. FACILITY

AIS #: 245066     NAME: VILLAR WILLIAM HERBERT     AS OF: 01/12/2007

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| JAN | 19 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.38 | $3.99 |
| JUN | 30 | $5.56 | $30.00 |
| JUL | 31 | $9.20 | $50.00 |
| AUG | 31 | $0.28 | $0.00 |
| SEP | 30 | $5.79 | $30.00 |
| OCT | 31 | $6.80 | $20.00 |
| NOV | 30 | $40.28 | $50.00 |
| DEC | 31 | $76.40 | $30.00 |
| JAN | 12 | $75.41 | $20.00 |

Transferred to Holman CF on 1/16/07

```
                    STATE OF ALABAMA
                 DEPARTMENT OF CORRECTIONS
                 EASTERLING CORR FACILITY

AIS #: 245066      NAME: VILLAR WILLIAM HERBERT         AS OF: 11/20/2006
```

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| NOV | 10 | $0.00 | $0.00 |
| DEC | 31 | $0.00 | $0.00 |
| JAN | 31 | $0.00 | $0.00 |
| FEB | 28 | $0.00 | $0.00 |
| MAR | 31 | $0.00 | $0.00 |
| APR | 30 | $0.00 | $0.00 |
| MAY | 31 | $0.38 | $3.99 |
| JUN | 30 | $5.56 | $30.00 |
| JUL | 31 | $9.20 | $50.00 |
| AUG | 31 | $0.28 | $0.00 |
| SEP | 30 | $5.79 | $30.00 |
| OCT | 31 | $6.80 | $20.00 |
| NOV | 20 | $70.28 | $50.00 |

*Bal $0.28*

*My Fault, Acct Clerk*