February 26, 2007

Court Clerk

My name is William Herbert Villar 245066 I am the Plaintiff in Case 2:07-CV-00134-WKW-SRW Document # 3-1 Date Filed 02/22/2007 I have asked the Business Office to send the partial filing fee. For some reason I cannot get any straight answers from the business. The are even holding our mail and legal mail all because of the charges of my compliant Rule #46 of AR403 in above case. I have written and asked my sister Mrs. Agnes Albritton 87 Sunny Jo Rd Lumberton MS 39455-5657 to please send you the $6.00 six (6) Dollars. Because she lives in Mississippi it takes longer for her to recieve my mail. I would and request an extension as I do not know how much I have in my P.M.O.D Account. I am still in lock up over these charges in the above case and mail is my only option. I thank you for your help in this matter. Also may she send a check or does it have to be a money order?
Thank you for your help in this matter

Truly yours
William Herbert Villar 245066

Signed  William Herbert Villar 245066
February 26, 2007
February 26, 2007

RECEIVED
2007 FEB 28 A 9:25
DEBRA P. HACKETT, CLK
US. DISTRICT COURT
MIDDLE DISTRICT ALA

William Herbert Villar 245066 - M1-23A
W.C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503

MOBILE AL 366
27 FEB 2007 PM 2 L

This correspondence is forwarded from an Alabama State Prison. The contents have not been evaluated, and the Alabama Department of Corrections is not responsible for the substance or content of the enclosed communication.
/s/ The Clerk

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711