IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM HERBERT VILLAR, #245 066 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-134-WKW |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Plaintiff has filed a motion for additional time to submit the initial partial filing fee to the court as directed by order filed February 22, 2007. Upon review of the motion, the undersigned concludes that it shall be granted.

Accordingly, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 4), is GRANTED;

2. Plaintiff IS GRANTED an extension from March 14, 2007 to March 27, 2007 to comply with the court's February 22, 2007 order that he submit an initial partial filing fee to the court in the amount of $6.00. Plaintiff is cautioned that his failure to comply with this order will result in a Recommendation by the undersigned that this case be dismissed; and

3. The Clerk of Court SEND a copy of this order to the account clerk at the Holman Correctional Facility.

DONE, this 2nd day of March 2007.


        /s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE