IN THE UNITED STATES DISTRICT COURT FOR
The Middle District of Alabama
Northern Division

William Herbert Villar 245066
   Plaintiff(s)
          V.
Alabama Department of Corrections
et al,
   Defendants

Case 2;07-cv-00134-WKW-SRW

Comes Now The Plaintiff
William Herbert Villar 245066
Pursuent To Case 2;07-cv-00134-WKW-SRW
Document # 3-1  Date Filed 02-22-2007

Motion To Amend
Subpoena Request

I (William Herbert Villar 245066)
Do Petition This Honorable Court For The
Purpose of evidence For Plaintiff William Herbert
Villar 245066 To Subpoena From Easterling
Correctional Facility 200 Wallace Dr. Clio, Alabama
36017

Any And All Phone Records For Account 245066
All Recorded Telephone Conversations Of Inmate
William Herbert Villar 245066 From May 5, 2006
Until Feburary 16, 2007 by Captain Jeffery Knox
Any And All Letters (copied) Intercepted by
Captain Jeffery Knox Easterling Correctional
Facility 200 Wallace Dr. Clio, Alabama 36017

Records of Health Care Unit Sign in Sheet 7:30 A.M. for October 23, 2006 Easterling Correctional Facility 200 Wallace DR. Clio, Alabama 36017

Medical Records of October 23, 2006 for William Herbert Villar 245066 (seen by Nurse Floyd)

Records of Sign in and out Sheet for Dorm 9 B October 23, 2006 Easter Ling Correctional Facility 200 Wallace DR. Clio, Alabama 36017

Check in Records of Trade School Checked by I.D Card by Trade School Alabama Department Corrections Officer Temple For 12:35 P.m. October 23, 2006 Easterling Correctional Facility 200 Wallace DR. Clio, Alabama 36017

Roll Call Sheet Ingrim Community Collage for Tutor William Herbert Villar 245066 12:45 P.m October 23, 2006 at Easterling Correctional Facility 200 Wallace DR. Clio, Alabama 36017

Sign in and Roll Call Sheets Dean Kimble Ingrim Community Collage For 12:35 P.m. Unt./ 3:00 P.m. October 23, 2006 Easterling Correctional Facility 200 Wallace DR. Clio, Alabama 36017

To Subpoena as witnesses
Students D and E Level of Tutor William Herbert
Villar 245066 From 12:45 P.m until 3:00 P.m.
At Ingrim Community Collage on October 23, 2006
Easterling Correctional Facility 200 Wallace Dr. Clio,
Alabama 36017

L.D. Brock  Pedro Cruz  Mr. Galvez  Mr. Kennedy
All Present with Tutor William Herbert Villar 245066
From 12:45 P.m. until 3:00 P.m October 23, 2006 in class
Room Level D. Ingrim Community Collage / Trade school
Easterling Correctional Facility 200 Wallace Dr. Clio,
Alabama 36017

News Letter For October 23, 2006 Easterling Correctional
Facility 200 Wallace Dr. Clio, Alabama 36017

Inmates Rickey Duff, Joe Goldsmith, Chase Johnson
Donald Wayne Johnson Randy Nichols David Shane Pitts
(Accused) W.C. Holman Correctional Facility Holman
3700 Atmore Alabama 36503

Alabama Department of Corrections Officer Temple
Trade school officer Easterling Correctional Facility
200 Wallace Dr. Clio, Alabama 36017

Dean Kimble Ingrim Community Collage Easterling Correctional Facility 200 Wallace Dr. Clio, Alabama 36017

Nurse Floyd Health Care Unit Easterling Correctional Facility 200 Wallace Dr. Clio, Alabama 36017

Mr. Travis White and any Records of William Herbert Villar 245066

And Or

Sign in Sheet
Mr. Travis White October 23, 2006 1:00 P.M. Easterling Correctional Facility 200 Wallace Dr. Clio, Alabama 36017

Any and All Reliable Sources Written Statements From To or by Captain Jeffery Knox Easterling Correctional Facility 200 Wallace Dr. Clio, Alabama 36017 Against William Herbert Villar 245066

Respectfully Submitted To This Honorable Court This 9th Day of March 2007

Signed William Herbert Villar 245066
William Herbert Villar 245066

4

Michael Villar 245066 M1-23A
J.C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503

**LEGAL MAIL ONLY**

MOBILE AL 366
12 MAR 2007 PM 1 L

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711