IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM HERBERT VILLAR, #245 066 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-134-WKW |
| ALABAMA DEPARTMENT OF CORRECTIONS, *et al.*, | * | |
| | * | |
| Defendants. | | |

_____

**ORDER ON MOTION**

Pending before the court is a pleading filed by Plaintiff captioned as a *Motion to Amend Subpoena Request*. Plaintiff seeks to obtain various documents and records from the Easterling Correctional Facility and also seeks to subpoena various individuals as witnesses. The pleading, construed as a motion for discovery and to subpoena witnesses, shall be denied.

The record in this matter reflects that Defendants are under order to file a special report to include relevant affidavits, records, and rules, regulations, and/or guidelines in response to the allegations presented by Plaintiff in the instant complaint. Further, any request to subpoena witnesses is premature as no hearing in this matter is scheduled. Consequently, Plaintiff's request for discovery and to subpoena witnesses shall be denied at this time. It may be reconsidered if warranted by further developments in this case.

Accordingly, it is

ORDERED that Plaintiff's Motion for Discovery and to Subpoena Witnesses (Doc. No. 7), be and is hereby DENIED.

DONE, this 14th day of March 2007.

                /s/ Susan Russ Walker
                SUSAN RUSS WALKER
                UNITED STATES MAGISTRATE JUDGE