UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR #245066 | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CASE #: 2:07-CV-134-WKW ) (WO) ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al. | ) ) ) |
| Defendant. | ) |

## MOTION FOR EXTENSION OF TIME

COME NOW Defendants **Jeffery Knox, Gwendolyn Mosley, Lewis Hulett and Linda Glenn**, through undersigned counsel, and move for an extension of time of thirty (30) days to file their Answer and Special Report in the above referenced matter, and for grounds state as follows:

1. The Defendants' Answer and Special Report are due April 23, 2007.

2. Undersigned counsel has not had sufficient time to review the affidavits and records provided by the Defendants in order to prepare a response to Plaintiff's Complaint and needs additional time to do so.

3. This is Defendants' first request for an extension.

4. This enlargement will not prejudice or disadvantage the Plaintiff.

WHEREFORE, the Defendants respectfully request an additional 30 days to file their Answer and Special Report in this case, up to and including **May 23, 2007.**

Respectfully submitted on this 20th day of April, 2007.

    /s/ MARY GOLDTHWAITE
Assistant Attorney General
Counsel for the Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)

CERTIFICATE OF SERVICE

    I hereby certify that I have, this 20th day of April, 2007, served a copy of the foregoing on the following pro se inmate by placing the same in the United States mail, postage prepaid, and properly addressed as follows:

William Herbert Villar, #245066
Holman Correctional Facility
Holman 3700
Atmore, AL 36503

    /s/ MARY GOLDTHWAITE
OF COUNSEL