IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR, #245066, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v.  ) | Case No. 2:07-cv-134-WKW |
| ) | [wo] |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The Magistrate Judge filed a Recommendation (Doc. # 10) in this case to which the plaintiff objected (Doc. # 11). The Magistrate Judge then filed a supplemental Recommendation (Doc. # 12) to which no objections were made.

Upon an independent and de novo review of the file in this case and upon consideration of the Recommendations of the Magistrate Judge, it is ORDERED that

1. The Objection (Doc. # 11) is OVERRULED;

2. The Recommendation (Doc. # 10) is ADOPTED;

3. Plaintiff's claims against the Easterling Correctional Facility and the Alabama Department of Corrections are DISMISSED with prejudice prior to service of process pursuant to the 28 U.S.C. § 1915(e)(2)(B);

4. The Easterling Correctional Facility and the Alabama Department of Corrections are DISMISSED as parties to this case;

5. Plaintiff's claims challenging his disciplinary proceedings are DISMISSED with prejudice prior to service of process pursuant to the 28 U.S.C. § 1915(e)(2)(B);

6. Plaintiff's claim for injunctive relief insofar as it concerns the conditions of his confinement, including the alleged denial of inadequate medical care, at the Easterling Correctional Facility are DISMISSED as MOOT;

7. To the extent Plaintiff seeks to challenge matters related to his confinement at the Holman Correctional Facility, such claims are DISMISSED without prejudice to Plaintiff's right to challenge such conditions in the court having proper venue to entertain such claims;

8. Plaintiff's First Amendment claim is DISMISSED with prejudice prior to service of process pursuant to the 28 U.S.C. § 1915(e)(2)(B);

9. This case is referred back to the Magistrate Judge for additional proceedings.

DONE this 23rd day of April, 2007.

        /s/   W.  Keith Watkins
        UNITED STATES DISTRICT JUDGE