UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
THE NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR #245066 | ) ) ) |
| Plaintiff, | ) ) |
| VS. | ) CASE #: 2:07-CV-134-WKW ) (WO) ) |
| ALABAMA DEPARTMENT OF CORRECTIONS, et al. | ) ) ) |
| Defendant. | ) |

## SECOND MOTION FOR EXTENSION OF TIME

COME NOW Defendants **Jeffery Knox, Gwendolyn Mosley, Lewis Hulett and Linda Glenn**, through undersigned counsel, and move for an additional extension of time of twenty-one (21) days to file their Answer and Special Report in the above referenced matter, and for grounds state as follows:

1. The Defendants' Answer and Special Report are due May 23, 2007.

2. Undersigned counsel has not received pertinent documents necessary to prepare a response to Plaintiff's Complaint and needs additional time to do so.

3. This additional extension of time will not prejudice or disadvantage the Plaintiff.

WHEREFORE, the Defendants respectfully request an additional 21 days to file their Answer and Special Report in this case, up to and including **June 13, 2007.**

Respectfully submitted on this 22nd day of May, 2007.

   /s/ MARY GOLDTHWAITE
Assistant Attorney General
Counsel for the Defendants

OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)

CERTIFICATE OF SERVICE

I hereby certify that I have, this 22nd day of May, 2007, served a copy of the foregoing on the following pro se inmate by placing the same in the United States mail, postage prepaid, and properly addressed as follows:

William Herbert Villar, #245066
Holman Correctional Facility
Holman 3700
Atmore, AL 36503

   /s/ MARY GOLDTHWAITE
OF COUNSEL