IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIAM HERBERT VILLAR,       *
#245 066
    Plaintiff,                     *

v.                              *        2:07-CV-134-WKW

CAPTAIN JEFFERY KNOX, *et al.*,    *

    Defendants.                 *

_____

**ORDER ON MOTION**

Upon consideration of Defendants' second Motion for Extension of Time, and for good cause, it is ORDERED that:

1. Defendants' Motion for Extension of Time (Doc. No. 16) is GRANTED; and

2. Defendants are GRANTED an extension from May 21, 2007 to June 13, 2007 to file their answer and written report.

DONE, this 23rd day of May 2007.

                                   /s/ Susan Russ Walker
                                SUSAN RUSS WALKER
                                UNITED STATES MAGISTRATE JUDGE