IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case #: 2:07-cv-134-WKW (WO) |
| ) | |
| ALABAMA DEPARTMENT OF ) | |
| CORRECTIONS, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

## ANSWER OF DEFENDANTS

COMES NOW the Defendants, **Jeffery Knox, Gwendolyn Mosley, Lewis Hulett and Linda Glenn**, in the above-styled cause, and through undersigned counsel respond to Plaintiff's Complaint as follows:

1. Defendants each deny each and every material allegation asserted against them in this action and demand strict proof thereof.

2. Defendants each deny any allegations by the Plaintiff that they violated the Plaintiff's rights under the Eighth Amendment and demand strict proof thereof.

3. Defendants each deny any allegations by the Plaintiff that they violated the Plaintiff's rights under the Fourteenth Amendment and demand strict proof thereof.

4. Defendants each deny any allegations by the Plaintiff that they violated the Plaintiff's rights to due process and demand strict proof thereof.

5. Defendants each deny that the Plaintiff is entitled to the monetary relief requested or any other relief requested.

6. To the extent the Plaintiff is asserting a claim of deliberate indifference to serious medical needs against these Defendants, they each deny the same and demand strict proof thereof.

7. Defendants each deny that they knew of and/or were deliberately indifferent to a substantial risk of harm to the Plaintiff and demand strict proof thereof.

8. Defendants each assert that the facts alleged in the Complaint and any subsequent amendments thereto are insufficient to rise to the level of any constitutional violation.

9. Defendants each deny violating the Plaintiff's constitutional rights in their official capacity or otherwise.

10. Defendants each affirmatively assert that they are each entitled to absolute and qualified immunity in regard to the Plaintiff's constitutional claims.

11. Defendants are not guilty of and/or liable for the things and matters alleged in this action.

12. Plaintiff's Complaint and any subsequent amendments thereto fail to state a claim upon which relief can be granted.

13. Defendants each assert that they are each entitled to qualified immunity from the Plaintiff's §1983 claims in this action.

14. Defendants each deny any allegations growing out of and/or relating to the Plaintiff's claims of inadequate medical treatment and demand strict proof thereof.

15. The Plaintiff's claims are barred to the extent they are untimely.

16. The Plaintiff's claims are barred by the applicable statute of limitations and/or laches.

17. The Plaintiff's claims are barred, in whole or in part, by the doctrines of waiver, estoppel, judicial estoppel, collateral estoppel, res judicata, and/or ratification.

18. The Plaintiff has failed to mitigate his damages, if any.

19. To the extent the Plaintiff may be seeking punitive damages, any award of the same against any of the Defendants would violate their constitutional rights under the United States and Alabama Constitutions.

20. The Plaintiff is not entitled to punitive damages because none of the Defendants engaged in any conduct with malice or reckless indifference to the Plaintiff's federally protected rights.

Defendants reserve the right to amend this Answer.

        RESPECTFULLY SUBMITTED,

        TROY KING
        ATTORNEY GENERAL
        KIN047


        /s/ MARY GOLDTHWAITE
        MARY GOLDTHWAITE (GOL013)
        ASSISTANT ATTORNEY GENERAL


ADDRESS OF COUNSEL:

OFFICE OF THE ATTORNEY GENERAL
11 South Union Street
Montgomery, AL 36130
(334) 353-9189
(334) 242-2433 (fax)


## CERTIFICATE OF SERVICE

     I hereby certify that I have, this the 13th day of June, 2007, served a copy of the foregoing upon the Plaintiff, by placing same in the United States Mail, postage prepaid and properly addressed as follows:

William Herbert Villar, #245066
Holman Correctional Facility
Holman 3700
Atmore, AL  36503

        /s/ MARY GOLDTHWAITE
        OF COUNSEL