IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| William Herbert Villar 245066<br>Plaintiff<br>V.<br>Alabama Department of<br>Corrections et Al<br>Defendents | Case Number<br>2:07-CV-134-WKW<br>[WO] |

Comes now the Plaintiff William Herbert Villar 245066 and moves for an extension of time of Thirty [30] days to file an answer to defendents answer of charges as grounds states as follows

1. The Plaintiffs Response to defendents written report is due July 5, 2007

2. Plaintiff has not recieved pertinent documents necessary to prepair a response and needs additional time to do so

Where of Plaintiff Respectfully Requests an Additional Thirty [30] days up to August 5, 2007

Respectfully Submitted on This 30th day of June 2007

William Herbert Villar 245066

William Herbert Villar 245066

Plaintiff
William Herbert Villar 245066
W.C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36502

## Certificate of Service

I hereby certify that I have this 30th day of June 2007 served a copy of the forgoing by placing the same in the United States Mail First Class Postage Prepaid and Properly Addressed as Follows

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

William Herbert Villar 245066
William Herbert Villar 245066
Plaintiff

MOBILE AL 366
02 JUL 2007 PM 2 T

William Herbert Villar 245066-M1-23A
W.C. Holman Correct, ional Facility
Holman 3700
Atmore, Alabama 36502

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

36101+0711