IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

| | | |
|---|---|---|
| WILLIAM HERBERT VILLAR, #245 066 | * | |
| Plaintiff, | * | |
| v. | * | 2:07-CV-134-WKW |
| CAPTAIN JEFFERY KNOX, *et al.*, | * | |
| Defendants. | * | |

_____

## ORDER ON MOTION

Upon consideration of Plaintiff's July 3, 2007 Motion for Extension of Time, it is ORDERED that:

1. Plaintiff's Motion for Extension of Time (Doc. No. 21) is GRANTED;

2. Plaintiff is GRANTED an extension from July 5, 2007 to August 5, 2007 to file a response to Defendants' written report.

DONE, this 5th day of July 2007.

                                           /s/ Susan Russ Walker
                                          SUSAN RUSS WALKER
                                          UNITED STATES MAGISTRATE JUDGE