IN The UNiTed STATes DisTRicT CouRT
Middle DisTRicT of AlABAMA
NoRTHeRN DivisioN

RECEIVED
2007 AUG -3 A 10:31
P. HACKETT, CL
STRICT COURT
DISTRICT ALA

WilliAM HeRBeRT VillAR 245066      CAse NumbeR
    PlAiNTiFF                      2:07-CV-134-WKW
v.
AlABAMA DePARTmeNT of
CoRRecTioNs, ET AL.
    DefeNdeNT

---

Comes Now The PlAiNTiFF iN This AcTioN WilliAM HeRBeRT VillAR who AveRs ANd sTATes The Following

PlAiNTiFF moves FoR AN ExTeNsioN of Time

This is The PlAiNTiFFs secoNd RequesT FoR AN ExTeNsioN of Time

1. The PlAiNTiFFs ResPoNse To defeNdeNTs wRiTTeN RePoRT is due AugusT 5, 2007

2. PlAiNTiFF hAs STill NoT ReceiVed PeRTiNeNT DocumeNTs NecessARy To PRePAiR A ResPoNse ANd Needs AdiTioNAl Time To do so

WheRe of PlAiNTiFF RespecTFully RequesTs AN AdiTioNAl ThiRTy [30] days uP To SePTembeR 5, 2007

Respectfully submitted this 1st day of August, 2007

William Herbert Villar
245066

PLAINTIFF
William Herbert Villar 245066
W.C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503

## Certificate of Service

I hereby certify that I have this 1st day of August served a copy of the forgoing by placing a copy of same in the United States mail prepaid, and properly addressed as follows first class postage

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

William Herbert Villar 245066-M1-23A
William Herbert Villar 245066-M1-23A

William Herbert Villar 245066 M1-23A
W.C. Holman Correctional Facility
Holman 3700
Atmore, Alabama 36503

Legal Mail

Office of The Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Mobile AL 366
02 AUG 2007 PM 2 L