IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

_____

WILLIAM HERBERT VILLAR,     *
#245 066
    Plaintiff,     *

v.     *     2:07-CV-134-WKW

CAPTAIN JEFFERY KNOX, *et al*.,     *

    Defendants.     *

_____

**ORDER ON MOTION**

Pending before the court is Plaintiff's second Motion for Extension of Time to file his opposition to Defendant's written report. (Doc. No. 23.) Plaintiff seeks an additional thirty (30) days to file his opposition because he has not received pertinent documents. (*Id*.) Plaintiff's motion shall be granted in part and denied in part.

Plaintiff is advised that his opposition should simply, clearly and concisely respond to the allegations and arguments presented in Defendant's written report. Plaintiff is not required to cite to legal authority in his opposition. Therefore, while the court shall grant Plaintiff's request for additional time to file his opposition, the response period will only be extended by an additional twenty-one (21) days.

Accordingly it is ORDERED that:

1. Plaintiff's Motion for Extension of Time of Thirty Days (Doc. No. 23) is DENIED;

2. Plaintiff is GRANTED an additional twenty-one (21) days to file his opposition;

and

      3. Plaintiff is GRANTED an extension from August 5, 2007 to August 27, 2007 to file his response. Absent extraordinary circumstances, **NO** further requests for additional time to file an opposition shall be entertained by the court.

      DONE, this 3rd day of August 2007.

                                /s/ Susan Russ Walker
                              SUSAN RUSS WALKER
                              UNITED STATES MAGISTRATE JUDGE