```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602003590
Cashier ID: brobinso
Transaction Date: 01/28/2008
Payer Name: HOLMAN CORR FACILITY
------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIAM H VILLAR
 Case/Party: D-ALM-2-07-CV-000134-001
 Amount:         $2.00
------------------------------------
CHECK
 Check/Money Order Num: 23086
 Amt Tendered:  $2.00
------------------------------------
Total Due:       $2.00
Total Tendered:  $2.00
Change Amt:      $0.00
```