IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM HERBERT VILLAR | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | CASE NO. **2:07-CV-134-WKW (WO)** |
| | ) | |
| ALABAMA DEPARTMENT OF | ) | |
| CORRECTIONS, et al. | ) | |
| | ) | |
| Defendant, | ) | |

## CONFLICT DISCLOSURE STATEMENT

COME NOW *Jeffery Knox, Gwendolyn Mosley, Lewis Hulett and Linda Glenn,* Defendants in the above-captioned matter, and in accordance with the order of this Court, makes the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

■ This party is an individual, or

☐ This party is a governmental entity, or

■ There are no entities to be reported, or

☐ The following entities and their relationship to the party are hereby reported:

Reportable Entity                               Relationship to Party


01/29/2008                                      /s/ MARY GOLDTHWAITE
Date                                            Counsel Signature

                                                Knox, Mosley, Hulett and Glenn
                                                Counsel for (print names of all parties)

                                                11 South Union Street
                                                Montgomery, AL 36130
                                                Address, City, State Zip Code

                                                334-353-9189
                                                Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**CERTIFICATE OF SERVICE**

      I, Bettie Carmack, do hereby certify that a true and correct copy of the foregoing has been furnished by U.S. Mail, properly addressed, and postage prepaid on this 29th day of January, 2008, to:

William Herbert Villar, #245066
Holman Correctional Facility
Holman 3700
Atmore, AL  36503

| | |
|---|---|
| 01/29/2008 | /s/ Mary Goldthwaite |
| Date | Signature |