```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602004419
Cashier ID: khaynes
Transaction Date: 03/24/2008
Payer Name: HOLMAN CORR FACILITY
-----------------------------------
PLRA CIVIL FILING FEE
 For: WILLIAM VILLAR
 Case/Party: D-ALM-2-07-CV-000134-001
 Amount:        $5.00
-----------------------------------
CHECK
 Check/Money Order Num: 23202
 Amt Tendered:  $5.00
-----------------------------------
Total Due:      $5.00
Total Tendered: $5.00
Change Amt:     $0.00
```