```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005164
Cashier ID: christin
Transaction Date: 05/20/2008
Payer Name: HOLMAN CORR FACILITY
-------------------------------------
PLRA CIVIL FILING FEE
  For: WILLIAM HERBERT VILLAR
  Case/Party: D-ALM-2-07-CV-000134-001
  Amount:         $16.00
-------------------------------------
CHECK
  Remitter: HOLMAN
  Check/Money Order Num: 23297
  Amt Tendered:  $16.00
-------------------------------------
Total Due:      $16.00
Total Tendered: $16.00
Change Amt:     $0.00

DALM207CV000134-W
```