```
Court Name: U S DISTRICT COURT - AL/M
Division: 2
Receipt Number: 4602005914
Cashier ID: khaynes
Transaction Date: 07/28/2008
Payer Name: HOLMAN CORR FACILITY
----------------------------------------
PLRA CIVIL FILING FEE
 For: WILLIAM H VILLAR
 Case/Party: D-ALM-2-07-CV-000134-001
 Amount:         $3.00
----------------------------------------
CHECK
 Check/Money Order Num: 23431
 Amt Tendered:  $3.00
----------------------------------------
Total Due:       $3.00
Total Tendered:  $3.00
Change Amt:      $0.00
```