IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR, #245 066,  ) | |
| ) | |
| Plaintiff,  ) | |
| ) | |
| v.  ) | CASE NO. 2:07-CV-134-WKW[WO] |
| ) | |
| CAPTAIN JEFFERY KNOX, *et al.*,  ) | |
| ) | |
| Defendants.  ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge (Doc. # 40), and upon an independent review of the file in this case, it is ORDERED that the Recommendation is adopted and that Defendants' motion for summary judgment (Doc. # 19) is GRANTED.

An appropriate judgment will be entered.

DONE this 12th day of June, 2009.

/s/  W. Keith Watkins
UNITED STATES DISTRICT JUDGE