IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM HERBERT VILLAR, #245 066, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:07-CV-134-WKW[WO] |
| CAPTAIN JEFFERY KNOX, *et al.*, | ) |
| Defendants. | ) |

**FINAL JUDGMENT**

In accordance with the prior proceedings, opinions, and orders of the court, it is the ORDER, JUDGMENT and DECREE of the court that summary judgment is ENTERED in favor of Defendants, and against Plaintiff, and that this action is DISMISSED with prejudice.

It is further ORDERED that all costs incurred in this proceeding are TAXED against Plaintiff, for which let execution issue.

The Clerk of the Court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

DONE this 12th day of June, 2009.

                         /s/   W.  Keith Watkins
                         UNITED STATES DISTRICT JUDGE